IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| YOLANDA ASBERRY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-07-4522 |
| § | |
| MICHAEL J. ASTRUE, § | |
| COMMISSIONER OF THE SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

In conformity with the Memorandum Opinion signed today, it is hereby **ADJUDGED** that the decision of Defendant, Michael J. Astrue, Commissioner of the Social Security Administration is **AFFIRMED**.

All relief not granted herein is **DENIED**.

Each party shall bear its own costs.

**THIS IS A FINAL JUDGMENT**.

**SIGNED** in Houston, Texas, this __26th__ day of August, 2008.

_____
Nancy K. Johnson
United States Magistrate Judge